## Myra J. Eldridge, Appellee, v. Carolyn M. Leckie, Administratrix, Appellant.

### Gen. No. 14,039.

This case is controlled by the decision in Eldridge v. Kay, 124 Ill. App. 136.

Contested claim in court of probate. Appeal from the Circuit Court of Cook county; the Hon. GEORGE A. CARPENTER, Judge, presid-

·ing. Heard in this court at the October term, 1907. Affirmed. Opinion filed October 8, 1908..

ERNEST SAUNDERS, for appellant.

LACKNER, BUTZ & MILLER, for appellee.

MR. JUSTICE BROWN delivered the opinion of the court.